LETTERS OF ADMINISTRATION

REGISTER'S OFFICE
PHILADELPHIA COUNTY, PA

Nº   A0193-04

ESTATE OF ROBERT COLEMAN
A.K.A. ROBERT W. COLEMAN

Social Security No. 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

WHEREAS, ROBERT COLEMAN late of PHILADELPHIA COUNTY

died on the 11th day of DECEMBER, 2003; and

WHEREAS, the grant of letters of administration is required for the administration of his estate.

THEREFORE, I, RONALD R. DONATUCCI, Register for the Probate of Wills and Grant of Letters Testamentary and of Administration, in and for the County and Philadelphia in the Commonwealth of Pennsylvania, hereby certify that I have granted Letters of Administration

to ROBERT COLEMAN

who ha S duly qualified as Administrator of the estate of the above named decedent and ha S agreed to administer the estate according to law, all of which fully appear of record in the Office of the Register of Wills of Philadelphia County, Pennsylvania.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of my office, at Philadelphia, the 13th day of JANUARY 2004

*Deputy Register*

"A"

10-36 (Rev. 10/99)